Commonwealth ex rel. Morroni *v.* Morroni,
Appellant.

Argued June 17, 1971. *Frank J. Marcone,* for appellant; *Anna Iwachiw Vadino,* Assistant District Attorney, with her *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen,* District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY, J., would reverse and remand for a new hearing, with instructions.

SPAULDING, J., absent.

Commonwealth ex rel. Zatz *v.* Zatz, Appellant.

Submitted June 17, 1971. *Neil Liebman,* for appellant; *Anthony L. V. Picciotti,* for appellee.

Order affirmed.

Commonwealth ex rel. Zerby *v.* Zerby,
Appellant.

Argued June 15, 1971. *Mark C. McQuillen,* for appellant; *Alexander A. DiSanti,* with him *Richard, Brian, DiSanti & Hamilton,* for appellee.

Order affirmed.

SPAULDING, J., absent.